IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Robinson, Tara Ann | Case Number:  04 B 41859 |
| | Judge:  Goldgar, A. Benjamin |
| Printed: 03/24/09 | Filed:  11/10/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: January 20, 2009
Confirmed:  January 26, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 74,410.50 | |
| Secured: | | 61,131.23 |
| Unsecured: | | 6,649.05 |
| Priority: | | 0.00 |
| Administrative: | | 2,700.00 |
| Trustee Fee: | | 3,881.83 |
| Other Funds: | | 48.39 |
| Totals: | 74,410.50 | 74,410.50 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Litton Loan Servicing | Secured | 43,682.00 | 39,313.80 |
| 3. | Litton Loan Servicing | Secured | 3,714.89 | 3,714.89 |
| 4. | General Motors Acceptance Corp | Secured | 18,102.54 | 18,102.54 |
| 5. | Check N Go | Unsecured | 120.26 | 168.47 |
| 6. | Check Into Cash | Unsecured | 41.04 | 52.37 |
| 7. | SLM ECFC | Unsecured | 2,967.77 | 4,158.32 |
| 8. | Americash Loans, LLC | Unsecured | 70.64 | 90.14 |
| 9. | General Motors Acceptance Corp | Unsecured | 0.00 | 0.00 |
| 10. | Americash Loans, LLC | Unsecured | 56.59 | 72.21 |
| 11. | ECast Settlement Corp | Unsecured | 1,431.59 | 2,005.85 |
| 12. | WOW Cable | Unsecured | 10.19 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 79.71 | 101.69 |
| 14. | Lando Resorts Corporation | Secured | | No Claim Filed |
| 15. | Aaron Rents | Secured | | No Claim Filed |
| 16. | Aaron Rents | Unsecured | | No Claim Filed |
| 17. | Capital One | Unsecured | | No Claim Filed |
| 18. | Pay Day Loans | Unsecured | | No Claim Filed |
| 19. | US Cellular | Unsecured | | No Claim Filed |
| 20. | Uptown Cash | Unsecured | | No Claim Filed |
| | | | $ 72,977.22 | $ 70,480.28 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Robinson, Tara Ann | Case Number: 04 B 41859 |
|---|---|
| | Judge: Goldgar, A. Benjamin |
| Printed: 03/24/09 | Filed: 11/10/04 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 432.33 |
| 4% | 216.15 |
| 3% | 148.32 |
| 5.5% | 914.53 |
| 5% | 249.43 |
| 4.8% | 518.79 |
| 5.4% | 1,402.28 |
| | $ 3,881.83 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

